**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1883**

KAREN KLYMAN,

        Plaintiff - Appellant,

    v.

EDFINANCIAL SERVICES, LLC; WILLIAM ANTHONY HOLLIN; UNITED STATES DEPARTMENT OF EDUCATION; NATIONAL RECOVERIES, INC.; CENTRAL RESEARCH, INC.; UNITED STATES DEPARTMENT OF THE TREASURY,

        Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Max O. Cogburn, Jr., District Judge. (1:21-cv-00081-MOC-WCM)

Submitted: December 21, 2021           Decided: December 22, 2021

Before KING and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Karen Klyman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karen Klyman appeals the district court's order dismissing her civil action without prejudice for failure to comply with a prior order of the court. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*